892

No. 381.   MASTERS, INC. *v.* GENERAL ELECTRIC CO. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Joseph F. Ruggieri, Thurman Arnold* and *Norman Diamond* for appellant. *Thomas Kiernan* and *Edgar Barton* for appellee.

No. 407.   CHAPMAN ET AL. *v.* CITY OF SHREVEPORT. Appeal from the Supreme Court of Louisiana. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Otis W. Bullock* for appellants. *J. N. Marcantel* and *W. Scott Wilkinson* for appellee.

No. 250, Misc.   ADDINGTON *v.* TENNESSEE.* Appeal from the Supreme Court of Tennessee. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Fyke Farmer* for appellant. *Knox Bigham* for appellee.

No. 416.   AMADIO *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed and the case is remanded to the District Court with directions to dismiss the indictment on the ground that it does not come within the purview of the statute. *Bert C. Cheatham* and *Leon L. Sclawy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

*[See modification of this order, *post*, p. 924.]